# West End Auto Wrecking Company, Appellant, v. Pittsburgh.

Argued April 22, 1959. Before JONES, C. J., BELL, MUSMANNO, JONES, COHEN, BOK and McBRIDE, JJ.

*Herbert B. Lebovitz,* for appellant.

*David Stahl,* City Solicitor, with him *John M. Marshall,* First Assistant City Solicitor, for appellee.

OPINION PER CURIAM, June 30, 1959:

The judgment of nonsuit is affirmed on the Opinion of Judge KENNEDY, reported in 17 Pa. D. & C. 2d 287.